# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 11-5123**                               **September Term, 2011**

FILED ON: AUGUST 3, 2012

OBAYDULLAH, DETAINEE, GUANTANAMO BAY AND SAMI AL HAJJ, AS NEXT FRIEND OF
OBAYDULLAH,

                APPELLANTS

v.

BARACK OBAMA, PRESIDENT OF THE UNITED STATES AND LEON E. PANETTA, SECRETARY OF
DEFENSE OF THE UNITED STATES OF AMERICA,

                APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cv-01173)

———

Before: SENTELLE, *Chief Judge*, HENDERSON and GARLAND, *Circuit Judges*.

# OPINION PENDING
# CLASSIFICATION REVIEW